**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MICHAEL LE AND DUNG LE** | § | |
| *Plaintiffs* | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO: 4:22-cv-00147-O** |
| | § | |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| *Defendant.* | § | |

## PLAINTIFFS' FIRST AMENDED PRETRIAL DISCLOSOURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Michael Le and Dung Le, Plaintiffs in the above styled case and files this, Plaintiffs' First Amended Pretrial Disclosures pursuant to FRCP 26(a)(3)(A)-(B) and the applicable Scheduling Order.

**FRCP 26(a)(3)(A)(i) the name and, if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present     and those it may call if the need arises**

**Plaintiffs expect to present**

1. Michael Le
   2752 Excalibur Drive
   Grand Prairie, Texas 75052
   (682) 202-2778

2. Dung Le
   2752 Excalibur Drive
   Grand Prairie, Texas 75052
   (682) 202-2778

3. Henry Le
   2752 Excalibur Drive

Plaintiffs' First Amended Pretrial Disclosures                                                  Page 1

Grand Prairie, Texas 75052
(682) 202-2778

4.  Kevin Le
2752 Excalibur Drive
Grand Prairie, Texas 75052
(682) 597-0504

5.  Randy Capote
2755 Excalibur
Grand Prairie, TX 75052
(214) 725-2897

6.  Jillian Williams
765 W. Westchester Parkway
Grand Prairie, Texas 75052
(972) 262-7404

7.  Keven Fegans
749 Bahama Dr.
Lancaster, Texas 75146
(972) 262-7404

8.  Stephen Steverson
210 E. Broadway Avenue
Big Sandy, Texas 75755
(903) 998-0121

9.  Ginger Buentello
705 Mill Branch Dr.
Garland, Texas
(972) 262-7404

10. Michael Hutchings
6000 Moore Court
Kemp, Texas 75143
(469) 285-0809

11. Patricia Z. Walker
211 Nors Road
Ennis, Texas
(214) 773-354

12. Mitchel Szempruch
1100 Commerce Street, 16 Floor,
Dallas, Texas 75242

(214) 587-3492

13. Mike C. Andrews, Ph.D.
    Cars, Inc.
    P.O. Box 136055
    Fort Worth, Texas 76136-6055
    (817) 578-3777

14. David DeLonga, MD, PhD, PE
    3416 Gulf Breeze Parkway
    Gulf Breeze, Florida 32563
    (850) 932-7613

15. Hugh McPherson, M.D.
    Spinal Injury Experts
    145 Inverness Drive East, Suite 200
    Englewood, CO 80112
    (303) 699-7325

16. Jack Leifer, Ph.D., P.E.
    1136 E. Quincy Street
    San Antonio, Texas 78212
    (210) 999-7564

17. Jason Marchetti, M.D.
    Physician Life Care Planning
    12707 Silicon Drive, Suite 150
    San Antonio, Texas 78249
    (210) 501-0995

18. Lawrence "Lan" Lievense
    Abacus Analytics, LLC
    8120 Research Blvd
    Suite, 105-393
    Austin, Texas 78758
    (844) 633-2678

19. Billy Hammons
    Interior Concepts, Inc.
    9469 Arvin Hill Road
    Aubrey, Texas 76227
    (214) 202-0945

*Record Custodians*

20. Selma Bernabela Ordonez, Custodian of Records

Plaintiffs' First Amended Pretrial Disclosures                                    Page 3

24 Hour Physicians
180 Via Verde Suite 100 San Dimas, CA 91773
(626) 447-0296

21. Christy Van Meter, Custodian of Records
All Care Professional Home Care (home health care)
4275 Little Road, Suite 106
Arlington, Texas 76016
(817) 457-2688

22. Amy Powell, Custodian of Records
American Radiology Consultants
717 20th Street
Columbus, Georgia 31904
(800) 841-4236

23. Alexa Starr, Custodian of Records
Apogee Medical Group Texas, P.A.
P.O. Box 708817
Sandy, Utah 84070
(800) 844-1269

24. My Do, Custodian of Records
Arlington Primary Care
4860 Matlock Road
Arlington, Tx 76018
(817) 394-0240

25. Barbara Haines, Custodian of Records
Baylor Scott and White – Grand Prairie
3095 Kingswood Blvd.
Grand Prairie, TX 75052
(972) 854-0009

26. Katherine Duggins, Custodian of Records
Baylor Scott & White Medical Center – Irving
1901 MacArthur Blvd
Irving, Texas 75061
(972) 990-8100

27. Jason Chapman, Custodian of Billing Records
Margie Powe, Custodian of Medical Records
Baylor University Medical Center
3500 Gaston Ave
Dallas, Texas 75246
(214) 820-0111

28. Brianna Williams, Custodian of Billing Records
    Beverly Lane Custodian of Medical Records
    Baylor Scott and White Institute of Rehabilitation - Dallas
    909 N Washington Ave
    Dallas, TX 75246
    (214) 820-9300

29. Martha Gothard, Custodian of Records
    CareFlite
    3110 S Great SW Pkwy
    Grand Prairie, TX 75052
    (800) 442-6260

30. Maria Hinojosa, Custodian of Records
    Center for Scoliosis and Advanced Spine Surgery
    800 Arbrook Blvd.
    Suite 325
    Arlington, Texas 76105
    (469) 202-4490

31. Shelton Medrano, Custodian of Records
    Cedar Hill Fire Department
    P.O. Box 3689
    Sugarland, Texas 77487-3310
    (855) 626-9660

32. Jacob Habluetzel, Custodian of Billing Records
    LaShunda Johnson, Custodian of Medical Records
    Crestview Court
    224 W Pleasant Run Rd
    Cedar Hill, Texas 75104
    (972) 291-5977

33. Cassandra Pravanh, Custodian of Records
    Dallas Pulmonary and Critical Care
    221 W. Colorado Blvd Pavilion 2, Suite 525
    Dallas, Texas 75206
    (214) 960-5681

34. Kristi Lucas, Custodian of Billing Records
    Anna Taylor, Custodian of Medical Records
    DFW Home Health
    700 Highlander Blvd, Suite 180
    Arlington, Texas 76105
    (817) 633-2273

35. Marjorie Curtis, Custodian of Billing Records
    Mary Youngblood, Custodian of Medical Records
    Encompass Health Rehabilitation Hospital
    3200 Matlock Road
    Arlington, TX 76015
    (877) 298-1086

36. Carlina Tuberville, Custodian of Records
    City of Grand Prairie EMS
    1525 Arkansas Lane, 3rd Floor
    Grand Prairie, TX 75052
    (972) 237-8395

37. Anna Gutierrez, Custodian of Records
    ID Partners
    309 Regency Pkwy., Suite 205
    Mansfield, Texas 76063
    (817) 539-9091

38. Kevin Nguyen, Custodian of Billing Records
    KVN Pharmacy
    4860 Matlock Rd
    Arlington, TX 76018
    (817) 962-0417

39. Sonja Cooke, Custodian of Records
    Labcorp
    PO Box 2240
    Burlington, NC 27215
    (336) 436-6511

40. Ryan Jacobs, Custodian of Records
    Landmark
    636 N State Highway 1616, Suite 100
    Irving, TX 75038
    (833) 364-2886

41. Melissa Griffin, Custodian of Records
    Lonestar Hospital Medicine Associates, PA NPI
    2700 E. Broad St.
    Mansfield, Texas 76063
    (682) 622-2000

42. Shelly Shaut, Custodian of Billing Records
    Glenda Willey, Custodian of Medical Records

Priscilla Keaton, Custodian of Medical Records
Medical City Arlington
3301 Matlock Road
Arlington, TX 76015
(682) 509-6200

43. Mitchell Taylor, Custodian of Billing Records
Jenny Estrada, Custodian of Medical Records
Methodist Mansfield Medical Center
2700 E. Broad St
Mansfield, TX 76063
(682) 242-2000

44. Timothy Perry, Custodian of Records
National Seating and Mobility
2001 108th St., Suite 104
Grand Prairie, TX
(833) 289-1020

45. Adrianna Villarreal, Custodian of Records
Neurophysiology Professional Associates, PLLC
6116 N. Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 536-1647

46. Adrianna Villarreal, Custodian of Records
Neurotechnology, LLC
6125 Luther Lane, #80-492
Dallas, Texas 75225
(214) 536-1647

47. Pamela Kaczmarek, Custodian of Records
North Texas Critical Care, PA
4835 LBJ Freeway, Suite 900
Dallas, Texas 75244
(214) 821-2303

48. Lisa Durrett, Custodian of Records
North Texas Infectious Disease Consultants, PA
3409 Worth Street, Suite 710
Dallas, Texas 75246
(214) 823-2533

49. Melanie Mendoza, Custodian of Records
North Texas Regional EMS

P.O. Box 1230
Forney, TX 75126
(972) 423-6700

50. Amy Cliett, Custodian of Records
PhyQuest
4510 Medical Center Dr # 208
McKinney, TX 75069
(214) 504-0188

51. Latifah Akbar, Custodian of Records
QuestCare Medical Services, PLLC
PO Box 9082
Las Vegas, Nevado 89193
(800) 355-2470

52. Nancy Hofmeister, Custodian of Records
Senior Care Green Oaks
3033 W Green Oaks Blvd
Arlington, Texas 76016
(817) 222-6000

53. Brianna Williams, Custodian of Billing Records
Select Specialty Hospital
3500 Gaston Ave
Dallas, Texas 75246
(469) 801-4600

54. Jason Chapman, Custodian of Billing Records
Erin Farmer, Custodian of Medical Records
Texas Health Arlington Memorial
800 W Randol Mill Road
Arlington, TX 76012
(817) 960-6564

55. Katharine Rudloff, Custodian of Records
Texas Health Infusion Pharmacy
1100 Bridgewood Dr, Ste 107
Fort Worth, Texas 76112
(682) 236-7601

56. Jasmine Gonzales, Custodian of Records
Texas Medicine Resources
PO Box 8549
Fort Worth, Texas 76124-0549
(817) 451-4208

57. Jasmine Gonzales, Custodian of Records
    Texas Physician Resources
    P.O. Box 25144
    Fort Worth, Texas 76124-2144
    (817) 451-4208

58. Amy Glatz, Custodian of Records
    Texas Radiology Associates, LLP
    1820 Preston Park Blvd, #2400
    Plano, Texas 75093
    (972) 867-7862

59. Jessica McDwyer, Custodian of Records
    TridentCare
    930 Ridgebrook Road
    Sparks Glencoe, Maryland 21152
    (800) 821-9236

60. Takesha Johnson, Custodian of Records
    Urgent Surgery Associates, PA
    1528 Brookhollow Dr Ste 400
    Santa Ana, CA 92705
    (469) 420-5558

61. Jason Chapman, Custodian of Records
    US Anesthesia Partners
    12222 Merit Drive, Suite 700
    Dallas, TX 75251
    1 (888) 339-8727

62. Tonya Palm, Custodian of Billing Records
    Tamar Roberts, Custodian of Medical Records
    USMD Hospital – Arlington
    801 W Interstate 20
    Arlington, Texas 76017
    (817) 886-4456

63. Hermith Cherisme, Custodian of Records
    Vohra Wound Physicians
    3601 Sw 160th Ave
    Miramar, Florida 33027
    (305) 866-7123

64. Jim Markham
    Traffic Safety Division

Plaintiffs' First Amended Pretrial Disclosures                                Page 9

125 East 11th Street
Austin, Texas 78701
(512) 463-8585

**Plaintiffs may call if the need arises**

1. Matthew Berchuck, M.D.
   515 East 72nd Street, #36 B
   New York, New York 10021
   (631) 496-6659

2. Janet Morrow
   4852 Kingsway Drive
   Grand Prairie, Texas 75052

3. Allyn B. Needham Ph.D. (Stipulation pending)
   Shipp Needham Economic Analysis, L.L.C. 6
   6320 Southwest Boulevard, Suite 113
   Fort Worth, Texas 76109
   (817) 915-9420

**FRCP 26(a)(3)(A)(ii) the designation of those witnesses whose testimony the party expects to present by deposition and if, not taken stenographically, a transcript of the pertinent parts of the depositions:**

**Ginger Buentello**

1. Page 6, line 10-13; 16-17
2. Page 7, lines 23-25
3. Page 9, lines 19-24
4. Page 11, lines 24-25
5. Page 12, line 1
6. Page 16, lines 8-13; 19-25
7. Page 17, line 1
8. Page 22, lines 14-25
9. Page 24, lines 9-11; 16-20
10. Page 28, lines 4-18
11. Page 29, lines 18-25
12. page 30, lines 1-8
13. Page 38, lines 1-11; 15-20
14. Page 39, lines 19-25
15. Page 40, line 1-18, lines 22-23
16. page 43, lines 2-21
17. Page 44, lines 10-24
18. Page 45, line 2

**Kevin Fegans**

1. Page 5, lines 22-25
2. Page 6, lines 22-25
3. Page 10, lines 8-13

4.    Page 11, lines 21-23

5.    Page 12, lines 3-5, lines 14-16

6.    Page 26, line 4-14

7.    Page 29, lines 13-17

8.    Page 39, lines 24-25

9.    Page 40, lines 1-9

10.    Page 41, lines 24-25

11.    Page 42, line 1-8

12.    Page 46, lines 18-25

13.    Page 47, lines 1-8

**Michael Hutchings**

1.    Page 8, lines 2-5; lines

2.    Page 9, lines 4-5; lines 22-25

3.    Page 10, lines 12-20

4.    Page 11, lines 14-25

5.    Page 12, lines 1-4

6.    Page 20, line 25

7.    Page 21, lines 1-12

8.    Page 24, lines 9-13; lines 19-24

9.    Page 25, lines 4-11

10.    Page 43, lines 18-22

11.    Page 44, lines 14-17, lines 22-25

12.    Page 45, lines 1-2

13.    Page 47, lines 2-10

14.    Page 59, lines 2-10; lines 13-23

15.    Page 60, line 1

16.    Page 61, lines 22-25

17.    Page 62, lines 1-3

**FRCP 26(a)(3)(A)(iii) an identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer it the need arises**

1.    Plaintiffs' Notice of Claim Le-00001 (163 pages) / Plaintiffs' Notice of Claim USA 5-167

2.    Le Family Photo 1

3.    Le Family Photo 2

4.    Le Car Photo Le- 000051

5.    Le Car Photo Le- 000052

6.    Le Car Photo Le- 000053

7.    Le Car Photo Le- 000054

8.    Le Car Photo Le- 000055

9.    Le Car Photo Le- 000056

10.    Le Car Photo Le- 000057

11.    Le Car Photo Le- 000058

12.    Le Car Photo Le- 000059

13.    Le Car Photo Le- 000060

14.    Le Car Photo Le- 000061

15.    Le Car Photo Le- 000062

16.    Le Car Photo Le- 000063

17.    Le Car Photo Le- 000064

18.    Le Car Photo Le- 000065

19.    Declaration of Randy Capote dated May 1, 2020 Le -000078

20.     Grand Prairie Certified Crash Report

21.     Body Cam Video 42:30 duration

22.     Body Cam Video 7:34 duration

23.     USPS Handbook EL-814 USA 0000396; USA 0000447 - 0000448

24.     USPS Handbook EL-801 USA 0000206; USA 0000237

25.     USPS Handbook EL-804 USA 0000302; USA 0000314; USA 0000319; USA 0000386.

26.     Accident Review Board Findings & Recommendations USA 0000620 - USA 0000623

27.     Unsatisfactory Work Performance – 7 Day Paper Suspension USA 0000618-USA 0000619

28.     Email from Patti Walker to Donna with "paper 7 day suspension" USA 0000624

29.     Employee Absence Analysis 2018 USA 0000603- USA 0000604

30.     Completed Training : Jillian Williams USA 0000616 - USA 0000617

31.     Job Safety Analysis / :"Hazard Backing up" USA 0000625- USA 0000626

32.     Accident Investigation Worksheet USA 0000175 – 0000180

33.     Accident Report USA 0000182 – 0000184

34.     Motor Vehicle Accident Report USA 0000185 - 0000190

35.     Investigative Interview USA 0000615

36.     Tex. Transp. Code Section 545.415

37.     USPS Safety Talk: Thinking of Backing up? Don't!

38.     USPS Handbook PO–702, Tort Claims USA 639-696

*Experts*

39.   Hugh McPherson, MD Curriculum Vita

40.   Appendix D / Michael Le Study Sources / Abstracts Relied upon by Dr. McPherson

41.   Rebuttal Studies / Abstracts and ASIA chart relied upon by Dr. McPherson

42.   Image 001 / Dr. McPherson's selected image discussed in his deposition

43.   Three pages of imaging selected by Dr. McPherson and discussed in his deposition

44.   Jason Marchetti, MD Curriculum Vita

45.   Relevant Diagnostic Condition Affecting Necessity of Future Care and Relevant Disabilities Affecting Necessity of Future Care and Probable Duration of Care Metrics (pages 146 – 147 of Dr. Marchetti's Catastrophic Life Care Plan dated February 24, 2023)

46.   Summary of Cost Projections prepared by Dr. Marchetti (pages 148 – 160 of Dr. Marchetti's Catastrophic Life Care Plan dated February 24, 2023)

47.   Photograph of Mr. Le on top of page 126 of Dr. Marchetti's report dated December 14, 2022.

48.   Six photographs of Mr. Le on page 127 of Dr. Marchetti's report dated December 14, 2022.

49.   Life Tables 2020 provided by Dr. Marchetti

50.   SCI Facts provided by Dr. Marchetti

51.   Lawrence Lievense, Curriculum Vita

52.   Billing Summary Table within Abacus Analytics Billing Summary dated March 12, 2023

53.     Mike Andrews, PhD Curriculum Vita

54.     Photo 1 (Scene 001) taken from Dr. Andrews report dated March 9, 2023

55.     Figure 1 taken from Dr. Andrews report dated March 9, 2023

56.     Photo 2 taken from Dr. Andrews report dated March 9, 2023

57.     Photo 3 taken from Dr. Andrews report dated March 9, 2023

58.     Photo 4 taken from Dr. Andrews report dated March 9, 2023

59.     Photo 5 taken from Dr. Andrews report dated March 9, 2023

60.     Animation #1 prepared by Dr. Andrews

61.     Animation #2 prepared by Dr. Andrews

62.     David DeLonga, MD, PhD, ME, PE, ACTAR Curriculum Vita

63.     Matthew Berchuck, MD Signed Medical Questionnaire

64.     Billy Hammons' Cost Estimate Option 1

65.     Billy Hammons' Cost Estimate Option 2

66.     Jack Leifer Curriculum Vita

67.     Figure 1 taken from Dr. Leifer's report dated March 9, 2023

68.     Figure 2 taken from Dr. Leifer's report dated March 9, 2023

69.     Figure 3 taken from Dr. Leifer's report dated March 9, 2023

70.     Figure 4 taken from Dr. Leifer's report dated March 9, 2023

71.     Figure 5 taken from Dr. Leifer's report dated March 9, 2023

72.     Figure 6 taken from Dr. Leifer's report dated March 9, 2023

73.     Figure 7 taken from Dr. Leifer's report dated March 9, 2023

*Records*

74.     Optum Lien

75. 24 Hour Physicians – Medical Bills

76. All Care Professional Home Health – Medical Bills

77. All Care Professional Home Health – Medical Records

78. American Radiology Consultants – Medical Bills

79. Apogee Physicians – Medical Bills

80. PhyQuest – Medical Bills

81. Arlington Primary Care – Medical Records

82. Baylor Grand Prairie – Medical Bills

83. Baylor Grand Prairie – Medical Records

84. Baylor Irving – Medical Records

85. Baylor University Medical Center – Medical Bills

86. Baylor University Medical Center – Medical Records

87. BSW Inpatient Rehab – Medical Bills

88. BSW Inpatient Rehab – Medical Records

89. Select Specialty Hospital – Medical Bills

90. CareFlite – Medical Bills

91. CareFlite – Medical Records

92. Center for Scoliosis and Advanced Spine Surgery – Medical Bills

93. Center for Scoliosis and Advanced Spine Surgery – Medical Records

94. City of Cedar Hill – Medical Bills

95. Crestview Court – Medical Bills

96. Crestview Court – Medical Records

97. Dallas Pulmonary and Critical Care – Medical Bills

98.   DFW Home Health – Medical Bills

99.   DFW Home Health – Medical Records

100.   Encompass Rehab Arlington – Medical Bills

101.   Encompass Rehab – Medical Records

102.   Grand Prairie Fire Department – Medical Bills

103.   Grand Prairie Fire Department – Medical Records

104.   Green Oaks – Medical Bills

105.   Green Oaks – Medical Records

106.   ID Partners – Medical Bills

107.   KVN Pharmacy – Medical Bills

108.   Landmark – Medical Records

109.   Lonestar Hospital Medicine – Medical Bills

110.   Medical City Arlington – Medical Bills

111.   Medical City Arlington – Medical Records

112.   Methodist Mansfield – Medical Bills

113.   Neurophysiology Professional Associates, PLLC – Medical Bills

114.   Neurophysiology Professional Associates, PLLC – Medical Records

115.   Neurotechnology, LLC – Medical Bills

116.   North Texas Critical Care – Medical Bills

117.   North Texas Infectious Disease Consultants – Medical Bills

118.   North Texas Regional EMS – Medical Bills

119.   North Texas Regional EMS – Medical Records

120.   Texas Health Arlington Memorial – Medical Bills

121.   Texas Health Arlington Memorial – Medical Records

122.   Texas Radiology Associates – Medical Bills

123.   Trident Care – Medical Bills

124.   Trident Care – Medical Records

125.   Urgent Surgery Associates – Medical Bills

126.   US Anesthesia Partners – Medical Bills

127.   USMD at Arlington – Medical Bills

128.   USMD at Arlington – Medical Records

129.   Baylor University Supplemental – Medical Bills

130.   Medical City Arlington Supplemental – Medical Records

131.   National Seating and Mobility – Medical Bills

132.   National Seating and Mobility – Medical Records

133.   Radiology Associates of NTX – Medical Bills

134.   Texas Medicine Resources – Medical Bills

135.   Texas Physician Resources – Medical Bills

136.   Vohra Wound Physicians – Medical Bills

137.   Vohra Wound Physicians – Medical Records

138.   Texas Health Infusion Pharmacy – Medical Bills

139.   Texas Health Infusion Pharmacy – Medical Records

140.   Methodist Mansfield – Medical Records

141.   Select Specialty Hospital – Medical Records

142.   QuestCare Medical Services, PLLC – Medical Bills

Respectfully submitted,

*/s/ C. Kyle Pugh*
C. Kyle Pugh
State Bar No. 00789790
kyle@kylepugh.com
Kellie McKee
State Bar No. 24075612
kellie@kylepugh.com
C. Kyle Pugh P.C.
4015 Main Street, Suite 100
Dallas, Texas 75226
Tel: 214-522-4500
Fax: 214-528-7755

John E. Schulman
State Bar No. 17833500
Margaret K. Schulman, Esq.
State Bar No. 17833900
Schulman Law Firm, P.C.
6440 N. Central Expressway, Ste. 605
Dallas, Texas 75206
Tel: (214)361-2580
Fax: (214)361-6580
jschulman@schulmanlaw.com
mschulman@schlmanlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On March 27, 2023 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the ECF system of the court. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).

*/s/  C. Kyle Pugh*

C. Kyle Pugh