# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **MICHAEL LE & DUNG LE,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00147-O |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and a bench trial was held from April 24 to April 27, 2023. The parties having presented evidence at trial, and the issues having been duly considered, and the Court having released findings of fact and conclusions of law;

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff Michael Le is entitled to recover **$23,908,479.73** in past and future medical expenses, loss of earnings, and intangible damages;

Plaintiff Dung Le is entitled to recover **$2,605,000.00** in loss of consortium and loss of services, past and future;

All other forms of relief not expressly granted herein are denied.

**SO ORDERED** this **24th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE